**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alan J. Pate Jr.                                                            CHAPTER 7

Debtor(s)

BKY. NO. 24-22976 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
12 Dec 2024, 11:01:17, EST

Denise Carlon, Esq. (317226)    ☐
Brent Lemon, Esq. (86478)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com