**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alan J. Pate Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5014<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 24–22976–JCM | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alan J. Pate Jr.

3/19/25                                    **By the court:** John C Melaragno
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22976-JCM |
| Alan J. Pate, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan J. Pate, Jr., 3000 Mintwood Drive, New Kensington, PA 15068-3457 |
| 16466960 | + | Credit Management, PO Box 258011, Cleveland, OH 44125-8011 |
| 16466966 | + | Patenaude & Felix, 501 Corporate Dr., Southpointe- Suite 205, Canonsburg, PA 15317-8584 |
| 16466965 | + | Patenaude & Felix, 4545 Murphy Canyon Rd- 3rd Floor, San Diego, CA 92123-4363 |
| 16466995 | + | UPMC, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16466991 | + | UPMC, OSI Collection Services, 1375 E. Woodfield Road Ste, Schaumburg, IL 60173-6068 |
| 16466992 | + | UPMC, c/o Powell Rogers & Speaks, 1 Fisher Street, Halifax, PA 17032-8845 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16466955 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 00:38:49 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16466953 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 00:26:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 16466958 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16466957 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16466961 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management, P.O. Box 16346, Pittsburgh, PA 15242-0346 |

Case 24-22976-JCM    Doc 18    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 45 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16466959 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 16466962 | + | EDI: DISCOVER | Mar 20 2025 04:14:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16466963 | + | EDI: DISCOVER | Mar 20 2025 04:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16466971 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2025 00:21:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16466970 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2025 00:21:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 16466973 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2025 00:21:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 16466972 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 20 2025 00:21:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 16466964 | ^ | MEBN | Mar 20 2025 00:13:47 | Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 16466969 | + | Email/PDF: ebnotices@pnmac.com | Mar 20 2025 00:49:56 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16466968 | + | Email/PDF: ebnotices@pnmac.com | Mar 20 2025 01:03:53 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16466974 | ^ | MEBN | Mar 20 2025 00:12:53 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 16466976 | ^ | MEBN | Mar 20 2025 00:13:06 | Revco Solutions, Po Box 2589, Columbus, OH 43216-2589 |
| 16466975 | ^ | MEBN | Mar 20 2025 00:13:21 | Revco Solutions, CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 16466978 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 16466979 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16466981 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16466980 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16466982 | + | EDI: WTRRNBANK.COM | Mar 20 2025 04:14:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 16466983 | + | EDI: WTRRNBANK.COM | Mar 20 2025 04:14:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 16466985 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | Transwold Systems Inc, PO Box 15270, Wilmington, DE 19850-5270 |
| 16466986 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | Transwold Systems Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 16466987 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | Transwork Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 16466988 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 20 2025 00:23:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 16466990 | ^ | MEBN | Mar 20 2025 00:13:07 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 16466996 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 20 2025 00:23:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

Case 24-22976-JCM    Doc 18    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 45 |

| 16466997 | + Email/Text: BankruptcyNotice@upmc.edu | Mar 20 2025 00:23:00 | UPMC, 600 Grant Street, Floor 56, Pittsburgh, PA 15219-2730 |
|---|---|---|---|
| 16466989 | + Email/Text: BankruptcyNotice@upmc.edu | Mar 20 2025 00:23:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 16466993 | + Email/Text: amieg@stcol.com | Mar 20 2025 00:21:00 | UPMC, c/o State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 16466994 | + Email/Text: BankruptcyNotice@upmc.edu | Mar 20 2025 00:23:00 | UPMC, Quantum I, 2 Hot Metal Bridge, Pittsburgh, PA 15203-2348 |
| 16466998 | Email/Text: bkfilings@zwickerpc.com | Mar 20 2025 00:23:00 | Zwicker & Assoc., 80 Minuteman Rd., Andover, MA 01810-1008 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16466956 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16466954 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 16466967 | *+ | Patenaude & Felix, 2400 Ansys Drive Suite 402-B, Canonsburg, PA 15317-0403 |
| 16466977 | * | Revco Solutions, Po Box 2589, Columbus, OH 43216-2589 |
| 16466984 | ##+ | Transwold Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lauren M. Lamb | on behalf of Debtor Alan J. Pate Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 19, 2025 | Form ID: 318 | Total Noticed: 45

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6